# Court of Appeals
# of the State of Georgia

ATLANTA, June 26, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0495.  JOHN DOLLAN DODSON v. THE STATE.**

John Dollan Dodson, proceeding pro se, seeks a discretionary appeal from the trial court's order dismissing his pro se supplemental out-of-time appeal motion.  The trial court dismissed Dodson's pro se motion because he was currently represented by counsel.  Dodson then filed this pro se application.  However, as indicated by the trial court, Dodson was still represented by counsel when he filed his application.  The record contains no indication that Dodson's counsel has been relieved of his representation in these proceedings.  Dodson therefore may not attempt to represent himself, and his pro se application is a nullity.  See *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014) ("A criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore 'unauthorized and without effect.'"); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993).  Consequently, Dodson's application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/26/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.